IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

EMMETT P. DWYER                                                              PLAINTIFF

Civil No. 18-3114

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                              DEFENDANT

## **JUDGMENT**

On November 7, 2018, Plaintiff commenced this action seeking judicial review of a decision of the Commissioner of Social Security denying his application for disability benefits under the provisions of the Social Security Act. (Doc. 1). On March 25, 2019, Plaintiff filed a motion requesting that his case be dismissed. (Doc. 13). Defendant has not filed an objection.

Based on the foregoing, the Court hereby grants Plaintiff's motion and dismisses Plaintiff's case with prejudice.

IT IS SO ORDERED this 8th day of April 2019.

                                                                 /s/ *Erin L. Wiedemann*
                                                              HON. ERIN L. WIEDEMANN
                                                              UNITED STATES MAGISTRATE JUDGE